*#10113  #128456*

UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF OHIO

FILED
2010 APR 30 PM 3:09

CLERK, U S
BANKRUPTCY C...
TOLEDO, OHIO

In re: MILLER, BRUCE WILLIAM ) Case No. 05-75772
MILLER, ALICE MAE
) Chapter 7

      Debtor(s). ) Judge: RICHARD L. SPEER

## TRANSMITTAL OF UNCLAIMED FUNDS

John N. Graham, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such un-negotiated checks were issued, the amount of such check and their last known addresses are:

   #110  TrueLogic Financial Corp., 1000 E. Geddes Ave., #100
         Englewood, CO  80112                      $2,706.73

2. Your Trustee's check for $2,706.73 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

Date: 4/28/2010

                                                       John N. Graham, Trustee

Cc:    United States Trustee